

DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

DEPOSIT NO: 2330733
DEPOSIT DATE: 03/18/10
PERIOD ENDING: 03/13/10

WARD, TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

XXX-XX-4020
FEDERAL S-3
ADDL FED

# 0000459402
STATE O-1
STATE

DEPT#: 01.777
BASE RATE 11.24
PREMIUM

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| EARNINGS | RATE | CURRENT HOURS | AMOUNT | YEAR-TO-DATE HOURS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | 80.00 | 899.20 | 460.25 | 5107.16 |
| OVERTIME | | 18.75 | 316.69 | 90.25 | 1512.56 |
| EXCD ABS | | | | 8.00 | 88.16 |
| SHIFT-2 | | 12.25 | 6.13 | 109.50 | 54.77 |
| PTO | | | | 8.00 | 88.16 |
| AWOL | | | | 8.00 | 0.00 |
| SHIFT-1 | | 86.50 | 0.00 | 437.25 | 0.00 |
| TOTAL | | 197.50 | 1222.02 | 1558.50 | 6850.81 |

### DEDUCTIONS (PRE TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| BC PER. CHO | 31.62 | 189.72 |
| VISION | 3.02 | 18.12 |
| DENTAL | 9.80 | 58.80 |
| TOTAL PRE-TAX | 44.44 | 266.64 |

### DEDUCTIONS (AFT TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| MISC 220 | 100.15 | 600.90 |
| MISC 245 | 228.16 | 497.78 |
| MISC 246 | | 400.00 |
| GIFT-DCH | | 10.00 |
| CAFETERIA | 19.39 | 64.21 |
| TOTAL AFT-TAX | 347.70 | 1572.89 |

### BENEFIT BALANCE

PTO 184.19

### DIRECT DEPOSIT AMOUNT

C CUA 620.65

### TAXES WITHHELD

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 70.12 | 474.85 |
| FICA TAX | 73.01 | 408.22 |
| MEDICARE TAX | 17.07 | 95.45 |
| STATE TAX | 49.03 | 265.95 |
| TOTAL TAXES WITHHELD | 209.23 | 1244.47 |

| | GROSS | PRE TAX | FICA | FEDERAL | STATE | AFT TAX | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1222.02 | 44.44 | 90.08 | 70.12 | 49.03 | 347.70 | 620.65 |
| Y-T-D | 6850.81 | 266.64 | 503.67 | 474.85 | 265.95 | 1572.89 | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND KEEP FOR YOUR TAX RECORDS



PAYROLL ACCOUNT

DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

DEPOSIT NO: 2330733

DEPT NO: 01.777    DEPOSIT DATE: 03/18/10

**DEPOSIT** SIX HUNDRED TWENTY 65/100

TO THE ACCOUNT OF
WARD, TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

### DIRECT DEPOSIT

**$620.65

**NON-NEGOTIABLE**

# DEPOSIT NOTIFICATION



DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

DEPOSIT NO: 2335446
DEPOSIT DATE: 04/01/10
PERIOD ENDING: 03/27/10

| | | | | | | | DEPT#: | 01.777 |
|---|---|---|---|---|---|---|---|---|
| WARD, TERRY EUGENE | | | XXX-XX-4020 | | # 0000459402 | | | |
| 4801 CYPRESS CREEK AVENUE E | | | FEDERAL S-3 | | STATE O-1 | | BASE RATE | 11.24 |
| APT 1502 | | | ADDL FED | | STATE | | PREMIUM | |
| TUSCALOOSA, AL 35405 | | | | | | | | |

IMPORTANT MESSAGE

### HOURS AND EARNINGS / DEDUCTIONS (PRE TAX) / BENEFIT BALANCE

| EARNINGS | CURRENT RATE | CURRENT HOURS | CURRENT AMOUNT | YEAR-TO-DATE HOURS | YEAR-TO-DATE AMOUNT | DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | 80.00 | 899.20 | 540.25 | 6006.36 | BC PER. CHO | 31.62 | 221.34 | PTO | 191.57 |
| OVERTIME | | 14.75 | 249.42 | 105.00 | 1761.98 | VISION | 3.02 | 21.14 | | |
| EXCD ABS | | | | 8.00 | 88.16 | DENTAL | 9.80 | 68.60 | | |
| SHIFT-2 | | 17.50 | 8.75 | 127.00 | 63.52 | | | | | |
| PTO | | | | 8.00 | 88.16 | | | | | |
| AWOL | | | | 8.00 | 0.00 | | | | | |
| SHIFT-1 | | 77.25 | 0.00 | 514.50 | 0.00 | | | | | |
| | | | | | | TOTAL PRE-TAX | 44.44 | 311.08 | | |

DEDUCTIONS (AFT TAX)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MISC 220 | 100.15 | 701.05 | | |
| | | | | | | MISC 245 | 4.72 | 502.50 | DIRECT DEPOSIT AMOUNT | |
| | | | | | | MISC 246 | | 400.00 | | |
| | | | | | | GIFT-DCH | | 10.00 | C CUA | 816.32 |
| | | | | | | CAFETERIA | | 64.21 | | |
| TOTAL | | 189.50 | 1157.37 | 1825.25 | 8008.18 | | | | | |

### TAXES WITHHELD

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 60.42 | 535.27 |
| FICA TAX | 69.00 | 477.22 |
| MEDICARE TAX | 16.14 | 111.59 |
| STATE TAX | 46.18 | 312.13 |
| TOTAL TAXES WITHHELD | 191.74 | 1436.21 |
| | TOTAL AFT-TAX | 104.87 | 1677.76 |

| | GROSS | PRE TAX | FICA | FEDERAL | STATE | AFT TAX | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1157.37 | 44.44 | 85.14 | 60.42 | 46.18 | 104.87 | 816.32 |
| Y-T-D | 8008.18 | 311.08 | 588.81 | 535.27 | 312.13 | 1677.76 | |

STATEMENT OF EARNINGS AND DEDUCTIONS ● DETACH AND KEEP FOR YOUR TAX RECORDS



DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

PAYROLL ACCOUNT

DEPOSIT NO: 2335446

DEPT NO: 01.777    DEPOSIT DATE: 04/01/10

**DEPOSIT**  EIGHT HUNDRED SIXTEEN 32/100

TO THE ACCOUNT OF
WARD, TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

**DIRECT DEPOSIT**

**$816.32

NON-NEGOTIABLE

# DEPOSIT NOTIFICATION



DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

DEPOSIT NO: 2340569
DEPOSIT DATE: 04/15/10
PERIOD ENDING: 04/10/10

DEPT#: 01.777

WARD, TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

XXX-XX-4020
FEDERAL S-3
ADDL FED

# 0000459402
STATE O-1
STATE

BASE RATE 11.24
PREMIUM

IMPORTANT MESSAGE

## HOURS AND EARNINGS

| EARNINGS | RATE | CURRENT HOURS | AMOUNT | YEAR-TO-DATE HOURS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | 80.00 | 899.20 | 620.25 | 6905.56 |
| OVERTIME | | 20.50 | 346.66 | 134.00 | 2252.15 |
| EXCD ABS | | | | 8.00 | 88.16 |
| SHIFT-2 | | 18.25 | 9.13 | 145.25 | 72.65 |
| PTO | | | | 8.00 | 88.16 |
| AWOL | | | | 8.00 | 0.00 |
| SHIFT-1 | | 82.25 | 0.00 | 605.25 | 0.00 |
| TOTAL | | 201.00 | 1254.99 | 2134.00 | 9406.68 |

## DEDUCTIONS (PRE TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| BC PER. CHO | 31.62 | 252.96 |
| VISION | 3.02 | 24.16 |
| DENTAL | 9.80 | 78.40 |
| TOTAL PRE-TAX | 44.44 | 355.52 |

## DEDUCTIONS (AFT TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| MISC 220 | 100.15 | 801.20 |
| MISC 245 | 234.19 | 736.69 |
| MISC 246 | | 400.00 |
| GIFT-DCH | | 10.00 |
| CAFETERIA | 9.66 | 73.87 |
| TOTAL AFT-TAX | 344.00 | 2021.76 |

## BENEFIT BALANCE

PTO 198.95

## DIRECT DEPOSIT AMOUNT

C CUA 648.46

## TAXES WITHHELD

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 75.06 | 631.86 |
| FICA TAX | 75.05 | 561.17 |
| MEDICARE TAX | 17.55 | 131.22 |
| STATE TAX | 50.43 | 368.76 |
| TOTAL TAXES WITHHELD | 218.09 | 1693.01 |

| | GROSS | PRE TAX | FICA | FEDERAL | STATE | AFT-TAX | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1254.99 | 44.44 | 92.60 | 75.06 | 50.43 | 344.00 | 648.46 |
| Y-T-D | 9406.68 | 355.52 | 692.39 | 631.86 | 368.76 | 2021.76 | |

STATEMENT OF EARNINGS AND DEDUCTIONS ● DETACH AND KEEP FOR YOUR TAX RECORDS



DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

PAYROLL ACCOUNT

DEPOSIT NO: 2340569

DEPT NO: 01.777  DEPOSIT DATE: 04/15/10

**DEPOSIT** SIX HUNDRED FORTY-EIGHT 46/100

TO THE ACCOUNT OF
WARD, TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

**DIRECT DEPOSIT**

**$648.46

## NON-NEGOTIABLE

# DEPOSIT NOTIFICATION



| | | DCH Health System 809 University Blvd. E. Tuscaloosa, AL 35401 | | DEPOSIT NO: | 2344987 |
| --- | --- | --- | --- | --- | --- |
| | | | | DEPOSIT DATE: | 04/29/10 |
| | | | | PERIOD ENDING: | 04/24/10 |

```
                                                                    DEPT#:    01.777
WARD,TERRY EUGENE              XXX-XX-4020         # 0000459402
4801 CYPRESS CREEK AVENUE E    FEDERAL    S-3      STATE    O-1     BASE RATE  11.24
APT 1502                       ADDL FED            STATE            PREMIUM
TUSCALOOSA, AL 35405
                                          IMPORTANT MESSAGE
```

### HOURS AND EARNINGS

| EARNINGS | RATE | CURRENT HOURS | AMOUNT | YEAR-TO-DATE HOURS | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| REGULAR | | 80.00 | 899.20 | 700.25 | 7804.76 |
| OVERTIME | | 14.25 | 240.68 | 148.25 | 2492.83 |
| EXCD ABS | | | | 8.00 | 88.16 |
| SHIFT-2 | | 12.00 | 6.00 | 157.25 | 78.65 |
| PTO | | | | 8.00 | 88.16 |
| AWOL | | | | 8.00 | 0.00 |
| SHIFT-1 | | 82.25 | 0.00 | 687.50 | 0.00 |
| TOTAL | | 188.50 | 1145.88 | 2404.75 | 10552.56 |

### DEDUCTIONS (PRE TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
| --- | --- | --- |
| BC PER. CHO | 31.62 | 284.58 |
| VISION | 3.02 | 27.18 |
| DENTAL | 9.80 | 88.20 |
| TOTAL PRE-TAX | 44.44 | 399.96 |

### DEDUCTIONS (AFT-TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
| --- | --- | --- |
| MISC 220 | 100.15 | 901.35 |
| MISC 245 | 214.27 | 950.96 |
| MISC 246 | | 400.00 |
| GIFT-DCH | 2.50 | 12.50 |
| CAFETERIA | 31.36 | 105.23 |
| TOTAL AFT-TAX | 348.28 | 2370.04 |

### BENEFIT BALANCE

PTO  206.33

### DIRECT DEPOSIT AMOUNT

C   CUA   564.51

### TAXES WITHHELD

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
| --- | --- | --- |
| FEDERAL TAX | 58.70 | 690.56 |
| FICA TAX | 68.29 | 629.46 |
| MEDICARE TAX | 15.97 | 147.19 |
| STATE TAX | 45.69 | 414.45 |
| TOTAL TAXES WITHHELD | 188.65 | 1881.66 |

| | GROSS | PRE-TAX | FICA | FEDERAL | STATE | AFT TAX | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CURRENT | 1145.88 | 44.44 | 84.26 | 58.70 | 45.69 | 348.28 | 564.51 |
| Y-T-D | 10552.56 | 399.96 | 776.65 | 690.56 | 414.45 | 2370.04 | |

STATEMENT OF EARNINGS AND DEDUCTIONS ● DETACH AND KEEP FOR YOUR TAX RECORDS

---

PAYROLL ACCOUNT



DCH Health System
809 University Blvd. E.
Tuscaloosa, AL 35401

DEPT NO: 01.777    DEPOSIT DATE: 04/29/10

**DEPOSIT**  FIVE HUNDRED SIXTY-FOUR 51/100

TO THE ACCOUNT OF
WARD,TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

DEPOSIT NO: 2344987

**DIRECT DEPOSIT**

**$564.51

**NON-NEGOTIABLE**

# DEPOSIT NOTIFICATION



| | | | DEPOSIT NO: | 2349691 |
| --- | --- | --- | --- | --- |
| DCH Health System | | | DEPOSIT DATE: | 05/13/10 |
| 809 University Blvd. E. | | | PERIOD ENDING: | 05/08/10 |
| Tuscaloosa, AL 35401 | | | | |

WARD, TERRY EUGENE  XXX-XX-4020  # 0000459402  DEPT#: 01.777
4801 CYPRESS CREEK AVENUE E  FEDERAL S-3  STATE O-1  BASE RATE 11.24
APT 1502  ADDL FED  STATE  PREMIUM
TUSCALOOSA, AL 35405

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| EARNINGS | RATE | CURRENT HOURS | AMOUNT | YEAR-TO-DATE HOURS | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| REGULAR | | 76.75 | 862.67 | 777.00 | 8667.43 |
| OVERTIME | | 3.50 | 59.22 | 151.75 | 2552.05 |
| EXCD ABS | | | | 8.00 | 88.16 |
| SHIFT-2 | | 18.25 | 9.13 | 175.50 | 87.78 |
| PTO | | | | 8.00 | 88.16 |
| PTO/SICK | | 5.00 | 56.20 | 5.00 | 56.20 |
| AWOL | | | | 8.00 | 0.00 |
| SHIFT-1 | | 62.00 | 0.00 | 749.50 | 0.00 |
| TOTAL | | 165.50 | 987.22 | 2632.25 | 11539.78 |

### DEDUCTIONS (PRE TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
| --- | --- | --- |
| BC PER. CHO | 31.62 | 316.20 |
| VISION | 3.02 | 30.20 |
| DENTAL | 9.80 | 98.00 |
| TOTAL PRE-TAX | 44.44 | 444.40 |

### DEDUCTIONS (AFT TAX)

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
| --- | --- | --- |
| MISC 220 | 100.15 | 1001.50 |
| MISC 245 | 185.37 | 1136.33 |
| MISC 246 | | 400.00 |
| GIFT-DCH | | 12.50 |
| CAFETERIA | 3.12 | 108.35 |
| TOTAL AFT-TAX | 288.64 | 2658.68 |

### BENEFIT BALANCE

PTO 208.71

### DIRECT DEPOSIT AMOUNT

C  CUA  508.55

### TAXES WITHHELD

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
| --- | --- | --- |
| FEDERAL TAX | 34.90 | 725.46 |
| FICA TAX | 58.45 | 687.91 |
| MEDICARE TAX | 13.67 | 160.86 |
| STATE TAX | 38.57 | 453.02 |
| TOTAL TAXES WITHHELD | 145.59 | 2027.25 |

| | GROSS | PRE TAX | FICA | FEDERAL | STATE | AFT TAX | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CURRENT | 987.22 | 44.44 | 72.12 | 34.90 | 38.57 | 288.64 | 508.55 |
| Y-T-D | 11539.78 | 444.40 | 848.77 | 725.46 | 453.02 | 2658.68 | |

STATEMENT OF EARNINGS AND DEDUCTIONS ● DETACH AND KEEP FOR YOUR TAX RECORDS



DCH Health System         PAYROLL ACCOUNT
809 University Blvd. E.
Tuscaloosa, AL 35401

DEPT NO: 01.777   DEPOSIT DATE: 05/13/10                DEPOSIT NO: 2349691

**DEPOSIT** FIVE HUNDRED EIGHT 55/100

TO THE ACCOUNT OF  WARD, TERRY EUGENE
4801 CYPRESS CREEK AVENUE E
APT 1502
TUSCALOOSA, AL 35405

**DIRECT DEPOSIT**

**$508.55

NON-NEGOTIABLE

## DEPOSIT NOTIFICATION